USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Josefina Coronel, et al.,

                   Petitioners-Plaintiffs,

      –v–

Thomas Decker, et al.,

                   Respondents-Defendants.

20-cv-2472 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A hearing on Petitioners-Plaintiffs' application for an order to show cause on their motion for a temporary restraining order is hereby scheduled for March 26, 2020 at 11:30 a.m. The hearing will be held by telephone. At 11:30 a.m., the parties shall call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 919-6964, followed by the pound (#) key.

    By 8 a.m. on March 26, 2020, the Government shall file a written response to Petitioners-Plaintiffs' motion for a temporary restraining order.

    SO ORDERED.

Dated: March __25__, 2020
       New York, New York

                                              ALISON J. NATHAN
                                              United States District Judge