UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/22
```

Josefina Coronel, et al.,

                Petitioners-Plaintiffs,

     –v–

Thomas Decker, et al.,

                Respondents-Defendants.

20-cv-2472 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The parties are ORDERED to confer and file a joint status letter on or before March 25, 2022, indicating whether any additional relief is being sought in this matter, and if so, a proposal on next steps.

    SO ORDERED.

Dated: March 11, 2022
       New York, New York

                                            _____
                                              ALISON J. NATHAN
                                           United States District Judge