**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Josefina Coronel, et al.,

                    Petitioners-Plaintiffs,

          -against-                                        20 **CIVIL** 2472 (AJN)

                                                          **JUDGMENT**

Thomas Decker, et al.,

                    Respondents-Defendants.
------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons
stated in the Court's Memorandum Opinion & Order dated January 17, 2023, the Court has
GRANTED Respondents' motion to dismiss Otero's claims as moot. This dismissal is without
prejudice to Otero's ability to seek any available habeas relief from the appropriate court should
he be re-detained by federal immigration authorities; accordingly, the case is closed.

**Dated:**  New York, New York

          January 17, 2023

                                                  **RUBY J. KRAJICK**

                                        _____
                                                  **Clerk of Court**

                              **BY:**       *K. Mango*

                                        _____
                                                  **Deputy Clerk**